**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONALD JAMES COON,

               **Plaintiff,**

     *v.*

DONNA L. BENSON, Orange County Clerk,
et. al.,

               **Defendants.**

**09 Civ. 230 (SCR)(LMS)**

**MEMORANDUM ORDER**
**ADOPTING REPORT AND**
**RECOMMENDATION**

**STEPHEN C. ROBINSON, United States District Judge:**

*Pro se* petitioner Donald James Coon, filed a complaint seeking redress for

various grievances arising out of a lawsuit filed in state court in Orange County,

New York. On January 12, 2009, Judge Harold Baer, Jr. issued an Order dismissing

Plaintiff's Complaint, and granting him sixty (60) days within which to file an Amended

Complaint that meets the pleading requirements of Federal Rule of Civil Procedure

12(b)(6). Plaintiff filed an Amended Complaint on March 5, 2009. Defendants then filed

two separate motions to dismiss the amended complaint. On September 9, 2009,

Magistrate Judge Lisa Margaret Smith issued a Report and Recommendation ("R&R")

recommending the dismissal of Plaintiff's Amended Complaint in its entirety. This Court

must now consider whether to adopt, modify or reject the R&R in light of Plaintiff's

Objections and Defendants' responses thereto.



–1–

## I.   STANDARD OF REVIEW

In reviewing an R&R, a district court "may accept, reject, or modify, in whole or
in part, the findings or recommendations made by the magistrate judge." 28 U.S.C
§ 636(b)(1).  To accept an R&R to which no timely, actionable objection has been made,
a district court need only satisfy itself that "there is no clear error on the face of the
record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985) (citations omitted);
*accord Edwards v. Fischer*, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); *see also
Pizarro v. Bartlett*, 776 F. Supp. 815, 817 (S.D.N.Y. 1991) (court may accept report if it
is "not facially erroneous"). Objections to an R&R "are to be specific and are to address
only those portions of the proposed findings to which the party objects." *Martinez v.
Senkowski*, No. 02-CV-0009, 2008 WL 4501842, at *2 (S.D.N.Y. Sept. 29, 2008) (citing
*Camardo v. General Motors Hourly-Rate Employees Pension Plan,* 806 F. Supp. 380,
381-82 (W.D.N.Y. 1992)).  When specific objections are made, "the district judge must
determine *de novo* any part of the magistrate judge's disposition that has been properly
objected to." Fed. R. Civ. P. 72(b)(3); *United States v. Male Juvenile*, 121 F.3d 34, 38
(2d Cir. 1997).  However, when a party makes conclusory or general objections, or
simply reiterates his original arguments, the Court reviews the R&R only for clear error.
*Renelique v. Doe*, No. 99 Civ. 10425, 2003 WL 23023771, at *1 (S.D.N.Y. Dec. 29,
2003); *see also Pinkney v. Progressive Home Health Servs.*, No. 06-CV-5023, 2008 WL
2811816, at *1 (S.D.N.Y. July 21, 2008) ("even a *pro se* party's objections to a Report
and Recommendation must be specific and clearly aimed at particular findings in the
magistrate's proposal, such that no party be allowed a second bite at the apple by simply
relitigating a prior argument.").

–2–

All of Plaintiff's objections to the R&R are repetitive of his original arguments,

therefore this Court reviews the R&R for clear error only.

## II.   DISCUSSION

This Court has reviewed Magistrate Judge Smith's comprehensive and well-

reasoned R&R and has determined that there is no clear legal error on the face of the

record.  Accordingly, the Court accepts Magistrate Judge Smith's R&R in its entirety and

grants Defendants' motions to dismiss Plaintiff's Amended Complaint in its entirety.

The Clerk of the Court is directed to close the case and term any outstanding

motions.

*It is so ordered.*

Dated: White Plains, New York

_March   8_, 2010

Stephen C. Robinson, U.S.D.J.

−3−